# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK ABELINO MARCELENO,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | 1:17-cv-01136-GSA-PC<br><br>**ORDER IN RESPONSE TO NOTICE AND REQUEST**<br>**(ECF No. 6.)** |

    Erik Abelino Marceleno ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis. Plaintiff filed the Complaint commencing this action on August 23, 2017. (ECF No. 1.)

    On September 13, 2017, Plaintiff filed a notice and request for information. (ECF No. 6.) Plaintiff is concerned that he did not receive all of the documents mailed to him by the court. Plaintiff asserts that he received copies of documents #1, 3, and 4, but not #2.

    Plaintiff is advised that the court will <u>not</u> send him copies of every document entered on the court's docket. The court will serve Plaintiff with copies of all court orders, but not all other documents. In this case, document #1 is Plaintiff's Complaint, document #2 is Plaintiff's application to proceed in forma pauperis, document #3 includes prisoner new case documents, First Informational Order, and order re consent, and document #4 is the court's order granting Plaintiff's application to proceed in forma pauperis. The court has mailed Plaintiff a copy of his Complaint. However, the court will <u>not</u> serve Plaintiff with copies of other documents he

1

files with the court unless he also submits an extra copy of the document and a separate, stamped, self-addressed envelope. As written in the court's First Informational Order:

> The Court does not need and will not file duplicates of documents. Local Rule 133(d)(2) (modified). If a party wants a file−stamped copy of a document returned for the party's own benefit, a copy for that purpose and a re−addressed, pre−paid postage envelope must be included. The Court will not make copies of filed documents or provide postage or envelopes for free even for parties proceeding in forma pauperis.

(ECF No. 3 at 3 ¶I.) Therefore, the court did not mail Plaintiff a copy of document #2, the application to proceed in forma pauperis filed by Plaintiff.

Plaintiff is also advised that due to the large number of cases pending before this court, the Clerk does not ordinarily provide written responses to requests for status of cases. Plaintiff is advised that he shall receive notice in this action as a matter of course.[1] Plaintiff can be assured that he will receive notice, at his address of record, of rulings made in this case and deadlines established in this case, provided he keeps the court informed of his current address.

Plaintiff should review the First Informational Order for important information about litigating his case.

IT IS SO ORDERED.

    Dated: __September 19, 2017__             __/s/ Gary S. Austin__
                                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is required to keep the court informed of his current mailing address. Local Rule 182(f) provides: "Each appearing attorney and pro se party is under a continuing duty to notify the Clerk and all other parties of any change of address or telephone number of the attorney or the pro se party. Absent such notice, service of documents at the prior address of the attorney or pro se party shall be fully effective. Separate notice shall be filed and served on all parties in each action in which an appearance has been made."