UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK ABELINO MARCELENO, | 1:17-cv-01136-GSA-PC |
| Plaintiff, | ORDER DENYING REQUEST FOR INITIATION OF SERVICE |
| vs. | (ECF No. 10.) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

## I. BACKGROUND

Erik Abelino Marceleno ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on August 23, 2017. (ECF No. 1.)

On December 22, 2017, Plaintiff filed a request for the court to initiate service of process upon the defendants in this case. (ECF No. 10.) Plaintiff requests the court to send him USM-285 forms and summonses for each defendant. Plaintiff claims that the court has already directed the U.S. Marshal to serve the summons and complaint upon the defendants in this case.

## II. SCREENING AND SERVICE OF PROCESS

The court is required by law to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity, such as the instant action brought pursuant to 42 U.S.C. § 1983. 28 U.S.C. § 1915A(a). The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2).

With respect to service, the court will, *sua sponte*, direct the U.S. Marshal to serve the complaint only after the court has screened the complaint and determined that it contains cognizable claims for relief against the named defendants.

Here, Plaintiff's complaint awaits the court's screening, and it is not time for service in this case. Plaintiff is mistaken that the court has directed the U.S. Marshal to serve process in this case. Therefore, Plaintiff's request shall be denied.

## III. CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's request for initiation of service of process, filed on December 22, 2017, is DENIED.

IT IS SO ORDERED.

Dated: **January 19, 2018**          **/s/ Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE