UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK ABELINO MARCELENO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | 1:17-cv-01136-LJO-GSA-PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br>**(ECF No. 15.)**<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**<br>**(ECF No. 11.)** |

　　　　Erik Abelino Marceleno ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On March 21, 2018, findings and recommendations were entered, recommending that Plaintiff's motion for preliminary injunctive relief be denied. (ECF No. 15.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. (Id.) On April 2, 2018, Plaintiff filed a response to the findings and recommendations, indicating that he has no objections to the findings and recommendations, because his motion for preliminary injunctive relief is now moot. (ECF No. 16.) No other objections have been filed, and the time for filing objections has expired.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **THE COURT HEREBY ORDERS** that:

1. The findings and recommendations issued by the Magistrate Judge on March 21, 2018, are ADOPTED IN FULL; and
2. Plaintiff's motion for preliminary injunctive relief, filed on December 22, 2017, is DENIED.

IT IS SO ORDERED.

Dated: **April 19, 2018**       /s/ Lawrence J. O'Neill
                                 UNITED STATES CHIEF DISTRICT JUDGE