UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK ABELINO MARCELENO,<br><br>    Plaintiff,<br><br>    vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants | 1:17-cv-01136-LJO-GSA-PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br>**(ECF No. 20.)**<br><br>**ORDER FOR THIS CASE TO PROCEED WITH PLAINTIFF'S CLAIMS AGAINST DEFENDANT MORA FOR EXCESSIVE FORCE, ASSAULT, AND BATTERY, AND DISMISSING ALL OTHER CLAIMS FOR PLAINTIFF'S FAILURE TO STATE A CLAIM**<br>**(ECF No. 19.)** |

Erik Abelino Marceleno ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 21, 2019, the Magistrate Judge entered [findings and recommendations](), recommending that this action proceed only against defendant Mora for excessive force, assault, and battery, and that all other claims be dismissed from this action based on Plaintiff's failure to state a claim. (ECF No. 20.) On June 6, 2019, Plaintiff filed [objections]() to the findings and recommendations. (ECF No. 22.)

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the Magistrate Judge on May 21, 2019, are ADOPTED in full;
2. This action now proceeds with Plaintiff's claims against defendant Mora for excessive force, assault, and battery;
3. All other claims are dismissed from this action for Plaintiff's failure to state a claim upon which relief may be granted under § 1983;
4. Plaintiff's claims for violation of free speech under the First Amendment, violation of right to petition the government under the First Amendment, retaliation under the First Amendment, verbal threats, unreasonable seizure under the Fourth Amendment, sexual misconduct under the Eighth Amendment, inadequate medical care under the Eighth Amendment, and claims under the Fourteenth Amendment are dismissed from this action based on Plaintiff's failure to state a claim upon which relief may be granted, without leave to amend; and
5. This case is referred back to the Magistrate Judge for further proceedings, including initiation of service of process.

IT IS SO ORDERED.

Dated: **June 19, 2019**        **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE