UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK ABELINO MARCELENO,<br><br>Plaintiff,<br><br>vs.<br><br>SERGEANT J. M. MORA,<br><br>Defendant. | 1:17-cv-01136-JLT-GSA-PC<br><br>**ORDER FOR PLAINTIFF TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR HIS FAILURE TO FILE A PRETRIAL STATEMENT**<br><br>**TWENTY-DAY DEADLINE** |

On March 3, 2021, the Court issued a Second Scheduling Order scheduling a Telephonic Trial Confirmation Hearing in this case for September 29, 2022 at 1:30 p.m. in Courtroom 4. (ECF No. 45) Plaintiff was ordered to file his pretrial statement on or before July 29, 2022. The deadline has passed, and Plaintiff has not filed a pretrial statement or otherwise responded to the Court's order.

**ORDER TO SHOW CAUSE**

Accordingly, **IT IS HEREBY ORDERED** that within twenty days of the date of service of this order, Plaintiff is ordered to file a response showing cause why this case should not be dismissed for his failure to file a pretrial statement in compliance with the Court's Second Scheduling Order issued on March 3, 2021.

IT IS SO ORDERED.

  Dated:   **August 4, 2022**                    **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE