UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK ABELINO MARCELENO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SERGEANT J. M. MORA,<br><br>　　　　Defendant. | 1:17-cv-01136-JLT-GSA-PC<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR EXTENSION OF TIME**<br>(ECF No. 54.)<br><br>**ORDER CONTINUING TRIAL CONFIRMATION HEARING**<br><br>　**FROM:**　September 29, 2022 at 1:30 p.m.<br><br>　**TO:**　　October 28, 2022 at 1:30 p.m.<br>　　　　　Before Judge Jennifer L. Thurston<br>　　　　　via Zoom<br><br>**<u>Jury Trial</u>:** TO BE SCHEDULED |

## I.　BACKGROUND

Erik Abelino Marceleno ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This action now proceeds with Plaintiff's First Amended Complaint filed on July 30, 2018, against defendant Sergeant J. M. Mora ("Defendant"), for use of excessive force in violation of the Eighth Amendment and assault and battery in violation of state law.[1] (ECF No. 19.)

On March 3, 2021, the Court issued the Second Scheduling Order setting out deadlines for the parties and scheduling a telephonic trial confirmation hearing for September 29, 2022 at 1:30p.m. (ECF No. 45.) Pursuant to the Order, Plaintiff's pretrial statement and motion for the attendance of incarcerated witnesses, if any, were due on July 29, 2022. Plaintiff has not filed a timely pretrial statement, or motion for the attendance of incarcerated witnesses. On August 4,

---

[1] On June 19, 2019, the court dismissed all other claims from this action, based on Plaintiff's failure to state a claim. (ECF No. 23.)

2022, the court issued an order requiring Plaintiff to file a response within 21 days showing cause why this case should not be dismissed for his failure to file a pretrial statement. (ECF No. 53.) To date, Plaintiff has not responded to the order.

Defendant's pretrial statement and opposition, if any, to Plaintiff's motion for the attendance of incarcerated witnesses is due on August 25, 2022.

On August 18, 2002, Defendant Mora filed an ex parte application for extension of time. (ECF No. 54.)

## II.     EX PARTE MOTION FOR EXTENSION OF TIME

"When an act may or must be done within a specified time, the court may, for good cause, extend the time." Fed. R. Civ. P. 6(b)(1). Good cause requires less than manifest injustice but a focus on the diligence of the moving party and that party's reasons for seeking modification are the court's focus in determining whether to permit an enlargement of time. Stoddart v. Express Services, 2017 WL 3333994 *1-*2 (E.D. Ca. August 4, 2017) (other citations omitted). "The District court possesses broad discretion to manage its own docket, which includes inherent power to control disposition of causes on its docket with economy of time and effort for itself, for counsel, and for litigants." Landis v. N. Am. Co., 299 U.S. 248, 254–55, 57 S.Ct. 163, 81 L.Ed. 153 (1936).

Defendant requests an extension of time to file his pretrial statement and to potentially file an opposition to Plaintiff's motion for the attendance of incarcerated witnesses. Defendant asserts that he is unable to complete and file a thorough pretrial statement until Plaintiff has filed his pretrial statement, or to file an opposition to Plaintiff's motion until Plaintiff files the motion.

The Court finds good cause to grant Defendant's motion for extension of time. The Court also finds good cause to continue the trial confirmation hearing to a later date.

Accordingly, the trial confirmation hearing for this case shall be continued from September 29, 2022 at 1:30 p.m. to **October 28, 2022 at 1:30 p.m**. before District Judge Jennifer L. Thurston. The hearing shall be conducted via Zoom.[2] Defendant's pretrial statement is now

---

[2] Before the hearing, the parties shall be provided with information needed to join the hearing via Zoom.

due thirty days after Plaintiff files his pretrial statement. In addition to electronically filing a pretrial statement, Defendant shall e-mail the pretrial statement to: jlt@caed.uscourts.gov. Any opposition to Plaintiff's motion for the attendance of incarcerated witnesses is due thirty days after Plaintiff files the motion.

**III.    CONCLUSION**

Accordingly, the court **HEREBY ORDERS** as follows:

1. The trial confirmation hearing for this case is continued from September 29, 2022 at 1:30 p.m. to **October 28, 2022 at 1:30 p.m.** before District Judge Jennifer L. Thurston via Zoom;

2. Counsel for Defendant is required to arrange for the participation of Plaintiff in the Trial Confirmation Hearing via Zoom;

3. Defendant's ex-parte application for extension of time, filed on August 18, 2022, is granted;

4. Defendant's pretrial statement is now due thirty days after Plaintiff files his pretrial statement;

5. In addition to electronically filing a pretrial statement, Defendant shall e-mail the pretrial statement to: jlt@caed.uscourts.gov;

6. Any opposition to Plaintiff's motion for the attendance of incarcerated witnesses is due thirty days after Plaintiff files the motion; and

7. All other provisions of the Second Scheduling Order filed on March 3, 2021 remain the same.

IT IS SO ORDERED.

Dated:   **August 19, 2022**                          **/s/ Gary S. Austin**
                                                                            UNITED STATES MAGISTRATE JUDGE