# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK ABELINO MARCELENO,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | 1:17-cv-01136-JLT-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br>(Doc. 56.)<br><br>ORDER DISMISSING THIS CASE, WITHOUT PREJUDICE, FOR PLAINTIFF'S FAILURE TO COMPLY WITH COURT ORDERS<br>(Docs. 45, 53.)<br><br>ORDER FOR CLERK TO CLOSE CASE |

Erik Abelino Marceleno ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 12, 2022, findings and recommendations were entered, recommending that this case be dismissed based on plaintiff's failure to comply with court orders. (Doc. 56.) Plaintiff was granted fourteen (14) days in which to file objections to the findings and recommendations. (*Id.*) The fourteen-day time period has expired, and plaintiff has not filed objections or any other response to the findings and recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations issued on September 12, 2022, (Doc. 56), are **ADOPTED IN FULL**.
2. This action is **DISMISSED**, without prejudice, based on plaintiff's failure to comply with court orders.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:     **October 10, 2022**

UNITED STATES DISTRICT JUDGE